FILED
March 27, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. MAG. 07-0095-EFB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| ROSA BARAJAS-VALENCA, ) | |
| Defendant. ) | |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release ROSA BARAJAS-VALENCA, Case No. MAG. 07-0095-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

_X_  Bail Posted in the Sum of $50,000.00

    _X_  Unsecured Appearance Bond

    ___  Appearance Bond with Surety

    _X_  (Other) Conditions as stated on the record.

    _X_  (Other) The Defendant is ordered to appear on 04/10/07 at 1:00 pm before the Duty Magistrate (United States Courthouse, 1st Floor, 231 West Lafayette Blvd, Detroit, MI, 48226 ) in the Eastern District of Michigan.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on March 27, 2007 at 2:34 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge